**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 07-1514

---

NADINE CORNELIUS,

Plaintiff - Appellant,

versus

SAMUEL HOWELL; THE CITY OF COLUMBIA; COUNTY OF
RICHLAND; NICOLE ANDERSON; EDWARD ANDERSON;
CAMILLE ANDERSON; JOSHUA ANDERSON; FNU LNU;
CLEOPHUR MORRIS, Mr. and Mrs. and Daughter;
KENNETH LNU; MRS. BARBARA CORNELIUS HICKS; MS.
MELVIN CORNELIUS; FNU LNU; CAROLYN HILL, and
light skinned boyfriend; CHARLES GEIGER; MRS.
SUSAN GEIGER; TYRONE GEIGER; CRICKET GEIGER,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Columbia. Margaret B. Seymour, District Judge.
(3:06-cv-03387-MBS)

---

Submitted: October 18, 2007          Decided: October 22, 2007

---

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Nadine Cornelius, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nadine Cornelius appeals the district court's order dismissing her civil action for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Cornelius v. Howell, No. 3:06-cv-03387-MBS (D.S.C. Jan. 31, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED